IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-31072

---

KORDICE M. DOUGLAS,

Plaintiff-Appellee - Cross-Appellant,

versus

DYN MCDERMOTT PETROLEUM OPERATIONS COMPANY;
JOHN POINDEXTER,

Defendants-Appellants - Cross-Appellees.

---

Appeals from the United States District Court
for the Eastern District of Louisiana
(95-CV-1967-C)

---

March 15, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

BY THE COURT:

IT IS ORDERED that the joint motion of the parties to vacate the post-judgment award of attorney's fees and expenses entered by the United States District Court for the Eastern District of Louisiana, is GRANTED.